```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 14526
   WILLIE L GREEN
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-8240

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/11/2007 and was confirmed 11/01/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 07/03/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY             1505.38          .00         1299.96
INTERNAL REVENUE SERVICE  UNSECURED             316.71          .00             .00
SAXON MORTGAGE            CURRENT MORTG            .00          .00             .00
SAXON MORTGAGE            MORTGAGE ARRE         1399.31         .00         1399.31
CITY OF CHICAGO PARKING   UNSECURED              445.00         .00             .00
HEATHER MEDICAL ASSOCIAT  UNSECURED           NOT FILED         .00             .00
AT & T BROADBAND          UNSECURED           NOT FILED         .00             .00
EXCEL EMERGENCY CARE LLC  UNSECURED           NOT FILED         .00             .00
SUBURBAN EMERGENCY        UNSECURED           NOT FILED         .00             .00
SUBURBAN EMERGENCY        UNSECURED           NOT FILED         .00             .00
JEWEL FOOD STORE          UNSECURED           NOT FILED         .00             .00
RICHARD FINEGOLD MD       UNSECURED           NOT FILED         .00             .00
GREENSPAN POTOMETRIC      UNSECURED           NOT FILED         .00             .00
IC SYSTEM INC             UNSECURED              243.02         .00             .00
RADIOLOGY CENTER          UNSECURED           NOT FILED         .00             .00
RADIOLOGY CENTER          UNSECURED           NOT FILED         .00             .00
RADIOLOGY CENTER          UNSECURED           NOT FILED         .00             .00
RADIOLOGY CENTER          UNSECURED           NOT FILED         .00             .00
ST JAMES OLYMPIA FIELDS   UNSECURED           NOT FILED         .00             .00
ST JAMES HOSPITAL         UNSECURED           NOT FILED         .00             .00
ST JAMES HOSPITAL         UNSECURED           NOT FILED         .00             .00
NATIONAL RECOVERIES INC   UNSECURED               75.29         .00             .00
INGALIS HOSPITAL          UNSECURED           NOT FILED         .00             .00
IC SYSTEM INC             UNSECURED               68.00         .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY         2,314.00                     2,314.00
TOM VAUGHN                TRUSTEE                                            401.83
DEBTOR REFUND             REFUND                                             942.00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
```

PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 14526 WILLIE L GREEN

```
TRUSTEE                                    6,357.10

PRIORITY                                                         1,299.96
SECURED                                                          1,399.31
UNSECURED                                                             .00
ADMINISTRATIVE                                                   2,314.00
TRUSTEE COMPENSATION                                               401.83
DEBTOR REFUND                                                      942.00
                                       ----------------   ----------------
TOTALS                                     6,357.10              6,357.10
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                       /s/ Tom Vaughn
  Dated: 10/22/08                      _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE
```

                              PAGE   2
           CASE NO. 07 B 14526 WILLIE L GREEN